No. 2044. EL PUEBLO, APELADO, v. MELIÁN, APELANTE.— Corte de Distrito de San Juan, Primer Distrito. Resuelto en abril 24, 1923. Vista la moción de desistimiento de apelación presentada por el apelante, se resuelve en corte abierta tenerle por desistido.

No. 2054. EL PUEBLO, APELADO, v. DE JESÚS, APELANTE. —Corte de Distrito de Guayama. Resuelto en abril 24, 1923. Infracción del artículo 462 del Código Penal. No habiendo el apelante radicado alegato, se resuelve en corte abierta desestimar el recurso.

No. 3045. EL PUEBLO A REQUERIMIENTO DE BARCELÓ ET AL., APELADOS, v. WILSON, APELANTE.—Corte de Distrito de San Juan, Distrito Segundo. *Quo warranto.* Resuelto en abril 24, 1923. Vista la moción de desistimiento de apelación presentada por el apelante en corte abierta en la sesión del día de hoy, se resuelve tenerle por desistido.

No. 2676. TRAUTMAN, APELADO, v. LA SOCIEDAD TRAUTMAN & ACHA, APELANTES.—Corte de Distrito de Ponce. Resuelto en abril 26, 1923. Vista la anterior moción sobre desistimiento, se tiene por desistido a la apelante de la apelación y se deja sin efecto el señalamiento de la vista.